Law Library

# IN THE SUPERIOR COURT OF GUAM

## SMALL CLAIMS DIVISION

| | |
|---|---|
| AURELIA N. JALLORINA, | ) |
| Plaintiff, | ) **SMALL CLAIMS CASE NO. SD0839-12** |
| vs. | ) **DECISION AND ORDER** |
| VASILIOS DRAPANIOTIS, | ) |
| Defendants. | ) |

## INTRODUCTION

The matter before the Court came on Plaintiff Aurelia N. Jallorina ("Plaintiff") request for an order of eviction against Defendant Vasilios Drapaniotis ("Defendant") resulting from Defendant's breach of a residential lease agreement. On October 26, 2012, a trial in this matter was held before the Honorable Benjamin C. Sison, Jr. who took the matter under advisement. Plaintiff appeared through her attorney, Tim Roberts, Esq. and Defendant appeared *pro se*. Having reviewed the evidence presented and the applicable law, the Court now issues its Decision and Order.

## BACKGROUND

Plaintiff and Defendant entered into a month-to-month Lease Agreement, the term of which commenced June 1, 2008. On June 18, 2012, Plaintiff's attorney served on Defendant a letter informing Defendant that he owed more than Ten Thousand Dollars ($10,000.00) in back rent and that unless Defendant calls Plaintiff's attorney within five (5) days of receipt of the letter informing him that he will vacate the premises within thirty (30) days, the Plaintiff will not

seek a judgment for the back rent owed, but that if he failed to do so, Plaintiff's attorney will sue to evict Defendant and collect the back rent owed. At trial, Defendant admitted to being behind twenty-seven (27) months in rent under the Lease Agreement. Plaintiff admitted that no other written notices or correspondence had been provided to the Defendant. Plaintiff seeks only an eviction order from the Court against Defendant and waived any back rent against Defendant.

## DISCUSSION

After considering the evidence and testimony presented, the Court finds that Plaintiff has not met the requirements under Guam Statutes 21 GCA Chapter and 21 and consequently, Plaintiff's request for an order of eviction is denied. As an initial matter, 18 GCA § 51106 sets forth the requirements for termination of a month-to-month tenancy:

**§ 51106. Notice to Quit.**

A hiring of real property, for a term not specified by the parties, is deemed to be renewed as stated in the last section, at the end of the term implied by law, unless one of the parties gives notice to the other of his intention to terminate the same, at least as long before the expiration thereof as the term of the hiring itself, not exceeding one month.

Paragraph 1 of the Lease Agreement also provides that termination of the month-to-month lease require that either party to the lease give the other party thirty (30) days written notice of termination. While Plaintiff's June 18, 2012 letter can be deemed to satisfy the thirty day notice of termination required under the Lease and Guam Law, Plaintiff has failed to meet the other requirements of 21 GCA Chapters 5 and 21. The relevant provisions of 21 GCA Chapter 5 are as follows:

**§ 5103. Reentry Generally.**

Whenever the right of reentry is given to a grantor or lessor in any grant or lease, or otherwise, such reentry may be made at any time after the right has accrued, upon three (3) days' notice, as provided in 21 GCA 21103 and 21104.

## § 5104. Summary Proceedings.

Summary proceedings for obtaining possession of real property forcibly entered, or forcibly and unlawfully detained, are provided for in Chapter 21 of this Title.

## § 5105. Notice Generally.

An action for the possession of real property leased or granted, with a right of reentry, may be maintained at any time, after the right to reentry has accrued, without the notice prescribed in § 5103.

Because Plaintiff failed to meet the requirements as provided under Guam Law, Plaintiff's request for an order of eviction regrettably must be denied.

**SO ORDERED this _____ day of _____NOV - 5 2012_____, 2012.**

Original Signed By:
Honorable Benjamin C. Sison Jr.
Traffic/Small Claims Referee

**BENJAMIN C. SISON, JR., Court Referee**
**Superior Court of Guam**

NOV 0 5 2012

Ryan T. Balajadia